UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                                  Case No: 13-17529-RAM
                                                                                        Chapter 7

ROBERT S. SAYRE
OLGA LIDIA REYES

Debtor(s)

_____/

**NOTICE OF APPEARANCE**
*Re:(181 Southwest 52nd Terrace, Plantation, Florida 33317)*

Tennille M. Shipwash of Greenspoon Marder, P.A., files this appearance as attorneys of record for Ocwen Loan Servicing, LLC., in the above case, and requests the Clerk to add the undersigned to the mailing matrix for the case.

I HEREBY CERTIFY that on this 8th day of April, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                              /s/ Tennille M. Shipwash
                                              Tennille M. Shipwash
                                              Florida Bar No. 617431
                                              Trade Centre South, Suite 700
                                              100 West Cypress Creek Road
                                              Fort Lauderdale, FL 33309
                                              Tel: (954)343-6273
                                              Fax: (954)343-6982
                                              Email: Tennille.shipwash@gmlaw.com

**Mailing List:**

**Robert S. Sayre**
**Olga Lidia Reyes**
2425 W. 76 Street #109
Hialeah, FL 33016-5669

**Maria Yip**, *Trustee*
201 Alhambra Cir # 501
Coral Gables, FL 33134

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Kathe Kozlowski**
PO Box 1364
DeFuniak Springs, FL 32435